UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE NUNEZ YANEZ,<br><br>                                    Petitioner,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, Field Office Director of Enforcement and Removal Operations, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-1734-RSH-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On March 19, 2026, petitioner Jose Guadalupe Nunez Yanez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). ECF No. 1 ¶¶ 27–31.

On March 23, 2026, Respondents filed a return stating that they do not oppose an order from this Court directing such a hearing. ECF No. 4 at 1–2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner before an immigration court pursuant to 8 U.S.C. § 1226(a) within *seven (7) days* of this order. At this hearing, the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the

community or a risk of flight. The Court declines to order Petitioner's immediate release. To the extent Petitioner seeks to recover attorneys' fees, he must do so by way of a noticed motion confirming to the Civil Local Rules of this District as well as the undersigned's Pretrial Civil Procedures.

**IT IS SO ORDERED**.

Dated: March 27, 2026

_____
Hon. Robert S. Huie
United States District Judge